No. 40452.—Protests 328819–G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J.   It was stipulated that the whisky barrels, buckets, and atomizers are chiefly used in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.   *United States*

v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.